# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TODD MYRVIK,** | : | CIVIL NO. 1:16-CV-2328 |
| **Petitioner** | : | **(Chief Judge Conner)** |
| v. | : | |
| **WARDEN KATHY LANE,** | : | |
| **Respondent** | : | |

## ORDER

AND NOW, this 26th day of March, 2019, upon consideration of the petition for writ of habeas corpus (Doc. 1), and in accordance with the court's memorandum of the same date, it is hereby ORDERED that:

1. The petition for writ of habeas corpus (Doc. 1) is DENIED.

2. The Clerk of Court is directed to CLOSE this case.

       /S/ CHRISTOPHER C. CONNER
      Christopher C. Conner, Chief Judge
      United States District Court
      Middle District of Pennsylvania